**JUDGE CARTER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 1895 

---

NAVILLUS CONTRACTING,

        Plaintiff,

- against -

LOCAL 46 METALLIC LATHERS UNION AND
REINFORCING IRON WORKERS,

        Defendant.

---

12 Civ. _____

**DISCLOSURE STATEMENT**
**(Fed. R. Civ. P. 7.1)**



Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Navillus Contracting certifies as follows: Navillus Contracting does not have a parent corporation. No publicly traded corporation owns 10% or more of its stock.

Dated: March 15, 2012

Respectfully submitted,

PAUL HASTINGS LLP

By: _____
Zachary D. Fasman
Allan S. Bloom

75 East 55th Street
New York, NY 10022-3205
(212) 318-6000

*Attorneys for Plaintiff*
NAVILLUS CONTRACTING