Carter, D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAVILLUS CONTRACTING,

                Plaintiff,

- against -

LOCAL 46 METALLIC LATHERS UNION AND
REINFORCING IRON WORKERS,

                Defendant.

12 Civ. 01895 (ALC) (GWG)

**STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE**

(Fed. R. Civ. P. 41(a))

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated and agreed by and between the undersigned counsel for the parties that the above-captioned action and any claims for damages or other relief in connection therewith are hereby withdrawn and voluntarily dismissed without prejudice, without costs to either party

PAUL HASTINGS LLP

By: Zachary D. Fasman
75 East 55th Street
New York, New York 10022
(212) 318-6000
zacharyfasman@paulhastings.com
*Attorneys for Plaintiff*

Dated: New York, New York
      March 29, 2012

Dated: **4-2-12**

KENNEDY, JENNICK & MURRAY, P.C.

By: Thomas M. Kennedy
113 University Place
New York, New York 10003
(212) 358-1500
tkennedy@kjmlabor.com
*Attorneys for Defendant*

SO ORDERED:

ANDREW L. CARTER
U.S.D.J.

LEGAL_US_E # 97604462.1